# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0956.  MICHAEL ALFRED MAESTREY v. THE STATE.**
**A14A0957.  MICHAEL ALFRED MAESTREY v. THE STATE.**

Michael Alfred Maestry filed these direct appeals from the trial court's November 6, 2012, order denying his plea in bar based on constitutional speedy trial grounds.[1]  The Supreme Court of Georgia has recently ruled, however, that such an order is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review. See *Sosniak v. State*, 292 Ga. 35 (2) (734 SE2d 362) (2012); see also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012).  Because Maestry failed to follow the required appellate procedure, his appeals are hereby DISMISSED.

Case number A14A0957 is due to be dismissed for a second reason, as well. Because Maestry was represented by counsel at the time he filed that pro se notice of appeal, it had no effect.  See *Pless v. State*, 255 Ga. App. 95 (564 SE2d 508) (2002).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The notice of appeal in A14A0956 was filed by Maestry's attorney, while the notice of appeal in case number A14A0957 was filed by Maestry pro se.